```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
MICHAEL BUXBAUM,                                                  :
                                                                  :
                          Plaintiff,                              :    24-CV-09546 (JAV) (GS)
                                                                  :
            -v-                                                   :    ORDER
                                                                  :
ADAM DANIEL SOMMER, et al.,                                       :
                                                                  :
                          Defendants.                             :
------------------------------------------------------------------X
```

JEANNETTE A. VARGAS, United States District Judge:

On Friday, March 28, 2025, Defendants' counsel filed a letter with the Court notifying it of Plaintiff's abusive language and threats of violence directed at counsel and the parties. ECF No. 54. The letter included emails, an affidavit, and a transcript of a voicemail in which the Plaintiff used abusive and obscene language, accused a sitting federal judge of criminal conduct, and even went so far as to make multiple death threats. *Id.*

The conduct described in the letter is both inexcusable and unacceptable. The Court **will not** tolerate abusive language or threats of violence directed at counsel or the parties. Plaintiff is on notice that any additional malicious, harassing or threatening conduct directed towards parties in this litigation or counsel for Defendants may result in the immediate dismissal of this case, with prejudice, pursuant to the Court's inherent powers and the All Writs Act, 28 U.S.C. § 1651(a), as well as the imposition of a bar on any further filings in this jurisdiction. Potential sanctions may also include a notice of this bar in all other cases he seeks to file outside of this jurisdiction. *See Cameron v. Lambert*, No. 07 Civ. 9258(DC), 2008 WL 4823596, at *4 (S.D.N.Y. Nov. 7, 2008) (noting that "[p]ursuant to its inherent power, a court may impose sanctions against a party . . . for 'misconduct during the course of litigation.'") (cleaned up).

2

If Plaintiff continues to engage in this sort of conduct, Defendants should immediately notify the court. A copy of Defendants' letter, ECF No. 54, and its attachments have been sent to the United States Marshals Service.

SO ORDERED.

Dated: March 31, 2025
New York, New York

_____
JEANNETTE A. VARGAS
United States District Judge